NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

DAVID S. POOLE (SBN 94690)
SAMUEL R.W. PRICE (SBN 255611)
POOLE & SHAFFERY, LLP
400 S. HOPE STREET, SUITE 1100
LOS ANGELES, CA 90071
213-439-5390
ATTORNEYS FOR: PLAINTIFF GILSULATE INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILSULATE INTERNATIONAL, INC., a California corporation<br><br>Plaintiff(s),<br>v.<br>RONALD L. DUNN, an individual, and d/b/a Pacific Sales Associates; and DOES 1 through 10, inclusive<br>Defendant(s) | CASE NUMBER:<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for PLAINTIFF GILSULATE INTERNATIONAL, INC. (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| Ronald L. Dunn | DEFENDANT |
| Ronald L. Dunn dba Pacific Sales Associates | DEFENDANT |

(List the names of all such parties and identify their connection and interest.)

January 12, 2015
Date

/S/   Samuel R.W. Price
Sign

Samuel R.W. Price
Attorney of record for or party appearing in pro per

CV-30 (04/10)                   NOTICE OF INTERESTED PARTIES                   CCDCV30