**POOLE & SHAFFERY, LLP**
David S. Poole (SBN 94690)
  dpoole@pooleshaffery.com
Samuel R.W. Price (SBN 255611)
  sprice@pooleshaffery.com
400 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 439-5390
Facsimile:  (213) 439-0183

Attorneys for Plaintiff
GILSULATE INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| GILSULATE INTERNATIONAL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RONALD L. DUNN, an individual, and d/b/a Pacific Sales Associates; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:<br><br>**NOTICE OF RELATED CASES** |
|---|---|

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

Pursuant to Local Rule 83-1.3, PLAINTIFF GILSULATE INTERNATIONAL, INC., hereby declares that the below matter is a related case in the United States District Court for the Central District of California:

///

///

<u>Gilsulate International, Inc., v. Dritherm International, Inc.,</u> USDC Case No.: 2:13-cv-01012.

DATED: January 12, 2015         **POOLE & SHAFFERY, LLP**


By: /S/  SAMUEL R.W. PRICE
    David S. Poole
    Samuel R.W. Price
Attorneys for Plaintiff
GILSULATE INTERNATIONAL, INC.

POOLE▪SHAFFERY
400 South Hope Street, Suite 1100, Los Angeles, CA 90071
Telephone: (213) 439-5390   Facsimile: (213) 439-0183

2
**NOTICE OF RELATED CASES**